**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GRAND WHARTON INVESTMENT LP,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-01260** |
| | § | |
| **CENTURY SURETY COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii), Plaintiff Grand Wharton Investment LP and Defendant Century Surety Company file this Joint Stipulation of Dismissal with Prejudice and request that the Court dismiss all claims and causes of action that were asserted or could have been asserted herein with prejudice, the parties to bear their own fees and costs.

Respectfully submitted,

*/s/ Patrick C. McGinnis*
Chad T. Wilson
State Bar No. 24079587
Patrick C. McGinnis
State Bar No. 13631900
eservice@cwilsonlaw.com
pmcginnis@cwilsonlaw.com

**CHAD T. WILSON LAW FIRM, PLLC**
455 E. Medical Center Blvd., Suite 555
Webster, Texas 77598
(713) 222-6000
(281) 940-2137 (Fax)

**ATTORNEYS FOR PLAINTIFF**

and

*/s/ Omar Galicia*
Lisa A. Songy
State Bar No. 00793122
lisas@tbmmlaw.com
Omar Galicia
State Bar No. 24012667
omarg@tbmmlaw.com
Genesis M. Reed
State Bar No. 24109264
genesisr@tbmmlaw.com

**TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP**
2811 McKinney Avenue, Suite 250
Dallas, TX 75204
(214) 665-0100
(214) 665-0199 (Fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On January 7, 2026, a true and correct copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on all counsel of record.

*/s/ Omar Galicia*
Omar Galicia