United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **GRAND WHARTON INVESTMENT LP,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:25-cv-01260** |
| **CENTURY SURETY COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is the Rule 41(a)(1)(A)(ii) Joint Stipulation of Dismissal with Prejudice of Plaintiff Grand Wharton Investment LP and Defendant Century Surety Company. Pursuant to the Joint Stipulation of Dismissal with Prejudice, this case is dismissed with prejudice, with each party to bear her or its own fees and costs.

IT IS SO ORDERED.

Signed on January 21, 2026 at Houston, Texas.

Honorable Charles Eskridge
United States District Judge